UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROLANDO PEREIRA, on behalf of himself** | * | CIVIL ACTION |
| **and other persons similarly situated,** | * | |
| | * | NO. 2:18-CV-02720 |
| | * | |
| **VERSUS** | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | |
| **JRV SERVICES, LLC,** | * | |
| **PRA-SE CONSTRUCTION, LP, and** | * | MAGISTRATE JUDGE |
| **JUANA VARGAS** | * | DANA M. DOUGLAS |
| | * | |

**DEFENDANTS JRV SERVICES, LLC, AND JUANA VARGAS'**
***EXPEDITED EX-PARTE* MOTION FOR A STATUS CONFERENCE**

NOW INTO COURT, through their undersigned counsel come, Defendants JRV Services, LLC and Juana Vargas ("JRV" and "Vargas") who respectfully request a status conference in this matter. Defendants JRV and Vargas respectfully submit that there is good cause for the granting of this motion, *to-wit*:

1.

On June 19, 2019 the parties engaged in a settlement conference before Magistrate Dana M. Douglas, at which time a settlement was reached and entered into the record.[1]

2.

On June 20, 2019 this Court entered a sixty (60) day order dismissing this case without cost and without prejudice to any party to seek to re-open this matter if the settlement was not consummated by August 19, 2019.[2]

---

[1] R.Doc.51
[2] See R.Doc.52 and the ECF/ECM electronic notice from the Court of that date.

3.

The parties have subsequently exchanged drafts of the settlement documents in order to perfect the settlement.

4.

At the settlement conference, the parties agreed that they would move for approval of the settlement by July 3, 2019. On July 2, 2019 Plaintiffs requested Defendants' consent in seeking a two (2) week extension of this deadline. Defendant Pra-Se Construction, LP consented to this request, and Defendants JRV and Vargas likewise consented, provided that Plaintiffs moved for an extension of the July 3, 2019 deadline. However, Plaintiffs did not move for an extension of time, and instead, on July 3, 2019, Plaintiffs' counsel transmitted a letter to Magistrate Douglas requesting a two (2) week extension of time, or until July 17, 2019, within which to submit the settlement documents for the Court's approval.

5.

Defendants JRV and Vargas have made numerous requests of Plaintiffs, to no avail, to determine if Plaintiffs have obtained a new deadline within which the parties are to move this Court for approval of the settlement.

6.

Defendants were subsequently informed that Plaintiff Beker J. Alberto Rodriguez objects to the settlement terms.

7.

Defendants have also made numerous requests of Plaintiffs, again without success, to determine whether the remaining Plaintiffs would themselves sign the settlement agreement as

Defendants desire. To date, Defendants JRV and Vargas have not received confirmation that the remaining Plaintiffs would do so.

8.

Additionally, this Court previously set a deadline this Monday August 5, 2019 within which the parties are to file their proposed joint pre-trial order,[3] and a pre-trial conference in this matter is set for this Thursday, August 8, 2019.

9.

Accordingly, Defendants JRV and Vargas desire that a status conference be had to address these and all other issues regarding the pending settlement.

WHEREFORE, Defendants JRV Services, LLC and Juana Vargas pray that this Court set a status conference in this matter.

Respectfully Submitted,

**SMITH LAW FIRM**

/s/ *J. Arthur Smith, IV*
J. Arthur Smith, III (#07730)
J. Arthur Smith, IV (#37310)
830 North Street
Baton Rouge, LA 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
asmithiv@jarthursmith.com
*Counsel for Defendants,*
*JRV Services, LLC and Juana Vargas*

---

[3] See R.Doc. 29-1

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this <u>2nd</u> day of August, 2019, I electronically filed the foregoing with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and that a copy of same has been transmitted to all counsel of record via operation of the court's CM/ECF System.

                         <u>/s/ J. Arthur Smith, IV</u>
                           J. Arthur Smith, IV