UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROLANDO PEREIRA** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 18-2720 |
| | * | |
| **JRV SERVICES, LLC, ET AL.** | * | |
| | * | SECTION "L" (3) |

## ORDER

Considering Defendants' Motion for Approval of Settlement of FLSA Claims and Dismissal with Prejudice, R. Doc. 55, and having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the Motion, R. Doc. 55, be and hereby is **GRANTED**, and this action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Receipt, Release and Settlement Agreement between the Parties be and hereby is **APPROVED**.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 4th day of October, 2019.

UNITED STATES DISTRICT JUDGE